CATHERINE FEARON, Appellant, *v.* CHARLES TREANOR, Respondent.

Submitted January 25, 1937; decided March 3, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 268.)